UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6499

DOUGLAS CLAYTON O'NEAL,

Petitioner - Appellant,

versus

GERALDINE P. MIRO, Warden at Allendale Correc-
tional Institution; CHARLES M. CONDON, Attor-
ney General,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Chief District
Judge.  (CA-98-826-2-12)

Submitted:  August 19, 1999          Decided:  August 25, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

Dismissed by unpublished per curiam opinion.

Douglas Clayton O'Neal, Appellant Pro Se.  Donald John Zelenka,
Chief Deputy Attorney General, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas Clayton O'Neal seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See O'Neal v. Miro, No. CA-98-826-2-12 (D.S.C. Mar. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2